# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 14-499 PA -1 | Date | August 15, 2018 |
|---|---|---|---|

Present: The Honorable   PERCY ANDERSON, U.S. DISTRICT JUDGE

Interpreter   Mandarin : Yong Jia Johnston

| Kamilla Sali-Suleyman | Phyllis Preston | John Kucera<br>Vicki Chou |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Xilin Chen | √ | | √ | Victor Sherman, | √ | | √ |

**Proceedings:**   **SENTENCING** (not held)

Cause called; appearances made. The matter is continued to August 16, 2018, at 3:30 p.m.

|  | : | 42 |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

cc: USMS, BOP, USPO