# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 14-499 PA | Date: August 16, 2018 |

Present: The Honorable **PERCY ANDERSON, U.S. DISTRICT JUDGE**

Interpreter: Mandarin: Billy Lee

| Kamilla Sali-Suleyman | Phyllis Preston | John Kucera / Vicki Chou |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Xilin Chen | | √ | √ | Victor Sherman | | √ | √ |

**Proceedings:** **SENTENCING** (non-evidentiary)

For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order. The Court seals the transcript of the current proceedings along with the transcript of the proceedings held on August 15, 2018.

By the end of day on August 20, 2018, defendant is ordered to contact United States Pretrial Services to be begin participating in GPS location monitoring until his self surrender date on September 25, 2018.

The Status Conference regarding Defendant Chuang Feng Chen that has been set for August 20, 2018 is vacated. Counsel are ordered to file a stipulation with a new proposed date.

 : 45

Initials of Deputy Clerk    KSS

cc: USMS, BOP, USPO, PSA