# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CR 14-499-PA | Date: April 18, 2019 |
| Title | United States of America v. Chen, et al. | |

**Present: The Honorable** Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | Court Smart 4/18/19 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Petitioner: |
|---|---|
| John Kucera | Eric Honig |
| | Victor Sherman |

**Proceedings:**    Settlement Conference

 The parties reached a settlement of the case.  The terms of the settlement are put forth on the record by the parties.

S:\PJW\Cases-X\USA v. Chen\MO_Settlement Conference2.wpd

   :   10

Initials of Preparer   im